IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDDIE ROWELL, JR.,

    Petitioner,

vs.                              Case No. 4:08cv52-SPM/MD

WALTER MCNEIL,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 21).  The parties were furnished a copy and afforded an opportunity to file objections.  No objections have been filed.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 21) is adopted and incorporated by reference in this order.

2. Petitioner's amended §2254 petition for writ of habeas corpus (doc. 1) is hereby ***dismissed with prejudice***.

3. The clerk is directed to close this case.

DONE AND ORDERED this <u>fourth</u> day of March, 2009.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge